IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERESA M. FERGUSON            *

    Plaintiff              *

    vs.                    *     CIVIL ACTION NO. MJG-02-3193

MARTIN'S, INC., et al.        *

    Defendants             *

\*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment to which no timely opposition has been filed.

This Court has reviewed the papers filed by the Defendants and the entire record even though Plaintiff's counsel has filed nothing in opposition. The Court finds no basis on which to conclude that there exists a genuine issue of material fact and will grant summary judgment to all Defendants on all claims.

Accordingly:

    1.   Defendants' Motion for Summary Judgment is GRANTED.

    2.   Defendants' Motion to Dismiss is DENIED AS MOOT.

    3.   Judgment shall be entered by separate Order.

SO ORDERED this 15th day of December, 2002.

                                            Marvin J. Garbis
                                       United States District Judge

