IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERESA M. FERGUSON            *

      Plaintiff            *

    vs.                       *   CIVIL ACTION NO. MJG-02-3193

MARTIN'S, INC., et al.        *

      Defendants           *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Martins, Inc. and Martin Resnick against Plaintiff Teresa M. Ferguson dismissing all claims with prejudice without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this _15th_ day of December, 2002.

                                              Marvin J. Garbis
                                        United States District Judge