IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

TERESA FERGUSON
    Plaintiff,

vi.                                      Case No: MJG 02 CV 3193

MARTIN RESNICK
    Defendant.

## ORDER

Upon having read the **Motion** it is this **6th** day of **January**, 2003 by the United States District Court for the District Court of Maryland, ORDERED that the Summary Judgement of this Court entered on December 19, 2002, is hereby vacated, *the Opposition is accepted for filing, Defendant may reply by January 20, 2003.*

_____
JUDGE