IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TERESA M. FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) C. A. No. MJG 02 3193 |
| MARTIN'S, INC., et. al., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that I have caused a true and correct copy of **defendant's notice of deposition of plaintiff Teresa Ferguson** to be delivered first class mail, on the 3rd day of April, 2003, postage prepaid, to: Frederic M. Brandes, Esquire, 2126 Folkstone Road, Timonium, Maryland 21093.

Respectfully submitted,

Charles S. Fax
Federal Bar No. 02490
Jeffrey M. Geller
Federal Bar No. 27019
Shapiro Sher Guinot & Sandler
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
410.385.4271
Attorneys for Defendant
Martin's, Inc.

March 3, 2003
Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2003, a copy of the foregoing **certificate regarding discovery** was served, via first-class mail, postage prepaid on:

Frederic M. Brandes, Esquire
2126 Folkstone Road
Timonium, Maryland 21093

*/s/ Jeffrey M. Geller*
Jeffrey M. Geller