IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| TERESA M. FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | C. A. No. MJG 02 3193 |
| MARTIN'S, INC., et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that I have caused a true and correct copy of **defendant's first set of interrogatories directed to plaintiff** to be delivered first class mail, on the 3rd day of April, 2003, postage prepaid, to: Frederic M. Brandes, Esquire, 2126 Folkstone Road, Timonium, Maryland 21093.

Respectfully submitted,

Charles S. Fax
Federal Bar No. 02490
Jeffrey M. Geller
Federal Bar No. 27019
Shapiro Sher Guinot & Sandler
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
410.385.4271
Attorneys for Defendant
Martin's, Inc.

MARCH 3, 2003
Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2003, a copy of the foregoing **certificate regarding discovery** was served, via first-class mail, postage prepaid on:

Frederic M. Brandes, Esquire
2126 Folkstone Road
Timonium, Maryland 21093

*Jeffrey M. Geller*
Jeffrey M. Geller