

**SHAPIRO
SHER
GUINOT &
SANDLER**

Jeffrey M. Geller
Direct Dial: 410.385.4215
jmg@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

April 30, 2003

The Honorable James K. Bredar
United States Magistrate Judge
United States District Court for the
District of Maryland
VIA ELECTRONIC FILING

   Re: *Ferguson v. Martin's, Inc.*, Civil Action 02-3193 (MJG)
     United States District Court for the District of Maryland

Dear Judge Bredar:

  This letter is to inform the Court that the issue raised in the plaintiff's emergency motion for protective order has been resolved. We attempted to avoid having this case referred to a Magistrate Judge by submitting a letter to the Chambers Judge yesterday morning. *See* letter to Frederick Brandes, carbon copy to Judge Andre M. Davis.

  Attached to this filing is a proposed order denying the motion as moot. Counsel for the plaintiff stated to me that he withdraws his emergency motion and will notify the Court in writing this afternoon.

              Respectfully,

              Jeffrey M. Geller



# SHAPIRO
# SHER
# GUINOT &
# SANDLER

Jeffrey M. Geller
Direct Dial: 410.385.4215
jmg@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

April 29, 2003

Frederic M. Brandes
2126 Folkstone Road
Timonium, Maryland 21093
VIA FACSIMILIE AND MAIL

    Re:    *Ferguson v. Martin's, Inc.*, Civil Action 02-3193 (MJG)
            United States District Court for the District of Maryland

Dear Fred:

    I am writing this letter to memorialize the conversation that we had yesterday afternoon. You indicated that May 5, 2003 is an acceptable date for the deposition of your client. You also stated that you would withdraw your emergency motion for protective order.

    Thank you.

                                                         Sincerely,

                                                        Jeffrey M. Geller

cc: The Honorable Andre M. Davis (Chambers Judge)

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TERESA M. FERGUSON, | * |
| Plaintiff, | * |
| v. | * Civil Action No. MJG-02-CV-3193 |
| MARTIN'S INC., | * Magistrate Judge James K. Bredar |
| Defendant. | * |

## ORDER

Having been advised that the issue raised by plaintiff's emergency motion for protective order filed on April 26, 2003, has been resolved by the parties, it is this _____ day of _____ 2003,

**ORDERED** that plaintiff's emergency motion for protective order be and the same hereby is denied as moot.

_____
United States Magistrate Judge

cc:   Frederic M. Brandes, Esq.
      2126 Folkstone Road
      Timonium, Maryland 21093
      Attorney for plaintiff

      Charles S. Fax, Esq.
      Jeffrey M. Geller, Esq.
      Shapiro Sher Guinot & Sandler
      36 South Charles Street, Suite 2000
      Baltimore, Maryland 21201
      Attorneys for defendant