IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
S. DISTRICT COURT
MARYLAND

2003 MAY -2 P 4: 37

AT BALTIMORE

Y_____DEPUTY

TERESA M. FERGUSON,

Plaintiff,

v.

MARTIN'S INC.,

Defendant.

Civil Action No. MJG-02-CV-3193
Magistrate Judge James K. Bredar

## ORDER

Having been advised that the issue raised by plaintiff's emergency motion for protective order filed on April 26, 2003, has been resolved by the parties, it is this 1st day of May, 2003,

ORDERED that plaintiff's emergency motion for protective order be and the same hereby is denied as moot.

/s/
United States Magistrate Judge

JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE

cc: Frederic M. Brandes, Esq.
2126 Folkstone Road
Timonium, Maryland 21093
Attorney for plaintiff

Charles S. Fax, Esq.
Jeffrey M. Geller, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201
Attorneys for defendant