IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TERESA M. FERGUSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. MJG-02-3193 |
| MARTIN'S INC., and MARTIN RESNICK, | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to this action, by their attorneys of record, hereby stipulate pursuant Fed. R.Civ.P. 41(a)(1)(ii) to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and costs except as otherwise agreed among the parties.

_____
Frederic M. Brandes, Esq.
2126 Folkstone Road
Timonium, Maryland 21093
(410) 561-0290

Attorney for Plaintiff
Teresa M. Ferguson

Respectfully submitted,

_____
Charles S. Fax, Esq.
Federal Bar No. 2490
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles Street
Baltimore, Maryland 21201
(410) 385-4271

Attorney for Defendants
Martins Inc. and Martin Resnick

Dated: July 15, 2003